In the Matter of the Accounting of AGNES K. MULLIGAN, as Executrix of JOHN HARTMANN, Deceased, Appellant.

MARY K. HARTMANN, Respondent.

Reported below, 165 App. Div. 912.
(Submitted April 19, 1915; decided April 27, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1914, which affirmed a decree of the New York County Surrogate's Court surcharging the accounts of Agnes K. Mulligan, as executrix of John Hartmann, deceased.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the order appealed from.

*Gilbert D. Lamb* for motion.

*William G. Mulligan* opposed.

Motion denied, with ten dollars costs.